UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NAVTECH US SURVEYORS USSA
INC., a Florida Corporation, as successor to
NAVTECH US CAPTAIN US
SURVEYORS, INC.,
a Florida Corporation; NAVTECH US
CAPTAIN US SURVEYORS LLC, a
Delaware Corporation, D/B/A "NAVTECH",

    Plaintiff,

vs.

BOAT/U.S., INC. A/K/A "Boat America
Corporation," a foreign corporation,

    Defendant.
_____/

CASE NO.: _____

**DEFENDANT, BOAT/U.S., INC.'S NOTICE OF REMOVAL**

Defendant, Boat/U.S., Inc., pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 and Middle District Local Rule 4.02, hereby gives notice of the removal to this court of the case styled *Navtech US Surveyors USSA Inc., et al. v. Boat/U.S., Inc.*, filed in the Circuit Court of the Twentieth Judicial Circuit, in and for Lee County, Florida, Case No. 18-CA-001869. As grounds for this removal, Boat/U.S. states as follows:

**I.    THE REMOVED CASE**

    1.    On or about April 29, 2018, Plaintiffs Navtech US Surveyors USSA Inc. ("Navtech US Surveyors"), as successor to Navtech US Captain US Surveyors, Inc. ("Navtech US Captain"), and Navtech US Captain US Surveyors LLC ("Navtech LLC")

(collectively "Plaintiffs" or "Navtech") commenced this action by filing a Complaint in the Twentieth Judicial Circuit in and for Lee County, Florida.[1]

2. The Complaint asserts claims against Boat/U.S. for tortious interference with a business relationship (Count I) and violation of the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA") (Count II). Compl. pp. 3-4.

3. In its Complaint, Navtech seeks to recover damages "in the amount of $1.1 million." Compl. ¶25.

4. As further discussed below, there is complete diversity as to all properly joined parties, and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

5. The United States District Court for the Middle District of Florida, Fort Myers Division, is the United States district and division embracing the Twentieth Judicial Circuit in and for Lee County, Florida, where this action was filed and is pending. *See* 28 U.S.C. §§89(b) and 1446(a). Therefore, venue of this removed action is proper in this Court.

6. Boat/U.S. originally removed the instant action to this Court on June 12, 2018, on the grounds of diversity jurisdiction, and the case was assigned Case No. 2:18-

---

[1] It is unclear from the Complaint whether the three Plaintiffs named in the caption are all asserting claims, because only the first one, Navtech US Surveyors, is named in the body of the Complaint. For the purpose of this Notice of Removal, it is assumed that all three Plaintiffs are properly named and are asserting claims in this case. Therefore, the citizenships of all three named Plaintiffs are analyzed for the purpose of determining diversity jurisdiction.

cv-416-FtM-38MRM. Doc. 1.[2] Although Boat/U.S. did not know at the time the citizenship of the members of Navtech LLC, it believed that removal was proper because it did not appear from the Complaint that Navtech LLC was a real party in interest given that it was not named in any of the claims actually asserted in the lawsuit. On July 31, 2018, the Court entered an order remanding the case "based on Defendant's admitted uncertainty and assumptions as to Navtech LLC's stake in the litigation, as well as the citizenship of its members." Doc. 22.

7. On March 18, 2019, Boat/U.S. took the deposition of Navtech's corporate representative, Dr. Virginia Harper. At this deposition, Boat/U.S. learned for the first time the names and domiciles of the members of Navtech LLC. Per this testimony, it is now clear that there is complete diversity of citizenship between the parties, even if Navtech LLC is a party in interest, and removal of this case to federal court is appropriate.

8. This Notice of Removal is filed within thirty days after Boat/U.S.'s receipt of Dr. Harper's deposition transcript and, therefore, it is timely filed in accordance with 28 U.S.C. §1446(b)(3). *See Morgan v. Huntington Ingalls, Inc.,* 879 F.3d 602 (5th Cir. 2018).

## II.     THIS COURT HAS ORIGINAL JURISDICTION OVER THIS ACTION

9. This Court has original jurisdiction of this case under 28 U.S.C. §1332, based on diversity of citizenship and an amount in controversy exceeding $75,000.00, exclusive of interest and costs.

---

[2]     All docket citations in this Notice refer to Case No. 2:18-cv-416-FtM-38MRM.

3

### A. The Amount in Controversy Exceeds $75,000.00

10. In its Complaint, Navtech seeks the recovery of damages "in the amount of $1.1 million." Compl. ¶25. As there is no evidence that this demand was made in bad faith, Navtech's allegation of its claimed damages is sufficient to show that the amount in controversy exceeds $75,000.00. 28 U.S.C. §1446(c)(2); *Federated Mutual Ins. Co. v. McKinnon Motors, LLC*, 329 F. 3d 805, 807 (11th Cir. 2003) ("A plaintiff satisfies the amount in controversy requirement by claiming a sufficient sum in good faith."), citing *St. Paul Mercury Indem. Co. v. Red Cab Co.,* 303 U.S. 283, 288 (1938).

### B. There is Complete Diversity of Citizenship

11. Complete diversity of citizenship exists between Plaintiffs and Boat/U.S., because Navtech US Surveyors and Navtech US Captain are both citizens of Florida; Navtech LLC is a citizen of both Florida and Washington, D.C.; and Boat/U.S. is a citizen of Virginia.

    a. <u>Navtech US Surveyors USSA Inc.</u>

12. The Complaint alleges that Navtech US Surveyors is "a Florida Corporation conducting and operating business in Lee County, Florida." Compl. ¶2. Navtech US Surveyors was incorporated in Florida and at all times has had its principal place of business in Fort Myers, Florida. As a result, Navtech US Surveyors is a citizen of Florida for diversity purposes. 28 U.S.C. §1332(c)(1).

    b. <u>Navtech US Captain US Surveyors, Inc.</u>

13. Since 2005, Navtech US Captain has been a dissolved Florida corporation and, thus, its principal place of business is not determinative of its citizenship. *See*

*Holston Investments, Inc. B.V.I. v. LanLogistics Corp.*, 677 F.3d 1068, 1071 (11th Cir. 2012). That being said, Navtech US Captain was incorporated in Florida and during the time that it was active had its principal place of business in Fort Myers, Florida. As a result, Navtech US Captain is a citizen of Florida for diversity purposes. 28 U.S.C. §1332(c)(1).

      c. <u>Navtech US Captain US Surveyors LLC</u>

14. Navtech LLC is identified in the Complaint as a Delaware corporation, but it is actually a Delaware limited liability company. At all times since its 2015 origination, it has had two members: Dr. Virginia Harper and Jill Phaneuf Tuznik. As of the filing of the Complaint and at all times since, Dr. Harper has been a resident of Fort Myers, Florida, with an intention to remain there indefinitely. Further, as of the filing of the Complaint and at all times since, Ms. Tuznik has been a resident of Washington, D.C., with an intention to remain there indefinitely, although she maintains her Florida driver's license and may have a desire to move back to Florida at some point. *See* excerpt from deposition of Dr. Harper, attached hereto as **Exhibit 1**. As a result, Navtech LLC is a citizen of both Florida and Washington, D.C., for diversity purposes. *See Rolling Greens MHP, L.P. v. Comcast SCH Holdings, L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004) (per curiam).

      d. <u>Boat/U.S.</u>

15. In the Complaint, Boat/U.S. is alleged to be a "foreign corporation." Compl. ¶3. Boat/U.S. is incorporated in Virginia with its principal place of business in Alexandria, Virginia, and it is a wholly owned subsidiary of Boat America Corporation

which is also incorporated in Virginia with its principal place of business in Alexandria, Virginia.  Therefore, Boat/U.S. is a citizen of Virginia for diversity purposes.  28 U.S.C. §1332(c)(1).

       e.   Conclusion

16. As shown above, complete diversity of citizenship exists under 28 U.S.C. § 1441(b) because Plaintiffs and Boat/U.S. are citizens of different states.

**III.   ALL OTHER REQUIREMENTS FOR REMOVAL ARE SATISFIED**

17. Boat/U.S. attaches all process, pleadings, orders, and other papers and exhibits filed in the state court action, as follows: (i) a copy of the Complaint as **Exhibit 2**, (ii) the pending Motion to Dismiss as **Exhibit 3**, (iii) the state court docket sheet as **Exhibit 4,** and (iv) all other documents filed in the state court action as **Exhibit 5.**  *See* 28 U.S.C. §1446(a).

18. Accompanying this Notice of Removal is a Civil Cover Sheet (attached as **Exhibit 6**), as well as the required filing fee.

19. Boat/U.S. will file with the Clerk of the Court for the Twentieth Judicial Circuit, in and for Lee County, Florida, a Notice of Filing Notice of Removal pursuant to 28 U.S.C. §1446(d), and will give written notice thereof to all adverse parties.  A copy of the Notice is attached hereto as **Exhibit 7.**

WHEREFORE, Defendant Boat/U.S., Inc., hereby respectfully requests that this court assume jurisdiction of the above-described action now pending in the Twentieth Judicial Circuit in and for Lee County, Florida, pursuant to 28 U.S.C. §§ 1332 and 1441.

Dated: March 25, 2019

*/s/ Sally R. Culley*
LORI J. CALDWELL
Florida Bar No.: 0268674
E-mail: lcaldwell@rumberger.com
SALLY ROGERS CULLEY
Florida Bar No.: 0095060
E-mail: sculley@rumberger.com
RUMBERGER, KIRK, & CALDWELL, P.A.
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue
Orlando, Florida 32801
Tel: 407.872.7300
Fax: 407.841.2133
Attorneys for Defendant, Boat/U.S., Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 25, 2019, I served a true and correct copy of the foregoing via e-mail to:

**ROBERT PHANEUF, ESQ.**
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, FL 33441
E-Mail: rphaneuf@legalbrains.com;
serv533@legalbrains.com; and
cpompilus@legalbrains.com
Telephone: (954) 570-6757

*/s/ Sally R. Culley*
LORI J. CALDWELL
Florida Bar No.: 0268674
E-mail: lcaldwell@rumberger.com
SALLY ROGERS CULLEY
Florida Bar No.: 0095060
E-mail: sculley@rumberger.com
RUMBERGER, KIRK, & CALDWELL, P.A.
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue
Orlando, Florida 32801
Tel: 407.872.7300
Fax: 407.841.2133
Attorneys for Defendant, Boat/U.S., Inc.