Filing # 77068249 E-Filed 08/27/2018 04:26:34 PM

IN THE COUNTY COURT OF THE
TWENTIETH JUDICIAL CIRCUIT, IN AND FOR
LEE COUNTY, FLORIDA

NAVTECH US SURVEYORS USSA INC.,
a Florida Corporation as successor to NAVTECH
US CAPTAIN US SURVEYORS, INC.,
a Florida Corporation; NAVTECH US CAPTAIN
US SURVEYORS, LLC, a Delaware corporation,

    Plaintiffs,

vs.                                                            CASE NO.: 2018-CA-001869

BOAT/U.S., INC. A/K/A
"Boat America Corporation",
a foreign corporation,

    Defendant.
_____/

## BOAT/U.S., INC.'S MOTION TO DISMISS
## PLAINTIFF'S COMPLAINT WITH PREJUDICE

Defendant, Boat/U.S., Inc. ("Boat/U.S."), pursuant to Rule 1.140(b)(1) and (b)(6), hereby moves for dismissal of Plaintiff's Complaint with prejudice on the grounds that the relief sought would violate Boat/U.S.'s right to free speech under the First Amendment, Plaintiff lacks standing to pursue the claims asserted in the Complaint, and the claims asserted by Plaintiff fail to state claims upon which relief can be granted. In support thereof, Boat/U.S. states:

    1.    Plaintiff's Complaint violates Rule 1.110(b), which requires that a Complaint contain "a short and plain statement of the ultimate facts showing that the pleader is entitled to relief." The Complaint is confusing, scattered, and difficult to

understand. There are also material typographical errors, missing information, and nonsensical sentences that impede understanding.

2. There are three different Navtech entities identified in the caption of the Complaint and the introductory paragraph, but only one of those entities – Navtech US Surveyors USSA Inc. -- is identified in the body of the Complaint as the plaintiff. Accordingly, only Navtech US Surveyors USSA Inc. has clearly attempted to assert claims against Boat/U.S., but it is impossible for Boat/U.S. to determine whether the other two entities intended to make their own claims (which, of course, would need to be set forth separately in accordance with Florida Rule of Civil Procedure 1.110(f)), or whether the other entities are named solely as predecessors to Navtech US Surveyors USSA Inc.

3. The protections of the First Amendment bar, as a matter of law, the claims that Plaintiff asserts in this case. Plaintiff cannot plead around this issue, and therefore the Complaint should be dismissed *with prejudice.*

4. The Complaint does not establish Plaintiff's standing on its own behalf to pursue the claims asserted in the Complaint, because there are no allegations that Plaintiff has a direct and articulable interest in the controversy, which is not hypothetical or conjectural, and which will be affected by the outcome of the litigation.

5. Plaintiff also does not have associational standing to pursue claims on behalf of its members, as "associational standing" is not recognized in Florida under the circumstances of this case.

2

6. Plaintiff has failed to state a cause of action for tortious interference (Count I), because it has not identified any specific business relationship that Boat/U.S. knew about and with which it then intentionally and unjustifiably interfered.

7. With regard to the purported claim under the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA") (Count II), Plaintiff has failed to allege the existence of a deceptive act, an unfair trade practice, causation, or that it is a consumer of any goods or services of Boat/U.S. or that there has been a consumer injury. Further, damages recoverable under FDUTPA do not include lost future business.

WHEREFORE, Defendant, Boat/U.S., Inc., hereby respectfully requests entry of an order dismissing this case with prejudice.

*s/ Sally R. Culley*
**LORI J. CALDWELL**
Florida Bar No. 0268674
E-mail:  lcaldwell@rumberger.com (primary)
  docketingorlando@rumberger.com and
  lcaldwellsecy@rumberger.com (secondary)
**SALLY R. CULLEY**
Florida Bar No. 0095060
E-mail:  sculley@rumberger.com (primary)
  docketingorlando@rumberger.com and
  sculleysecy@rumberger.com (secondary)
**RUMBERGER, KIRK & CALDWELL**
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
Telephone: (407) 872-7300
Telecopier: (407) 841-2133

*Attorneys for Defendant, Boat/U.S., Inc.*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served by e- Filing with the Clerk of Court and via Florida e-Filing Portal to the following, this 27th day of August, 2018:

| ROBERT PHANEUF, ESQ.<br>3585 Deer Creek Palladian Circle<br>Deerfield Beach, FL 33442<br>E-Mail: robbie.phaneuf@gmail.com<br>Telephone: (305) 890-0296<br>Telecopier: (305) 615-1585 | |
|---|---|

*s/ Sally R. Culley*
**LORI J. CALDWELL**
Florida Bar No. 0268674
E-mail:  lcaldwell@rumberger.com (primary)
  docketingorlando@rumberger.com and
  lcaldwellsecy@rumberger.com (secondary)
**SALLY R. CULLEY**
Florida Bar No. 0095060
E-mail:  sculley@rumberger.com (primary)
  docketingorlando@rumberger.com and
  sculleysecy@rumberger.com (secondary)
**RUMBERGER, KIRK & CALDWELL**
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
Telephone: (407) 872-7300
Telecopier: (407) 841-2133

*Attorneys for Defendant, Boat/U.S., Inc.*