IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

NAVTECH US SURVEYORS USSA INC.,
a Florida Corporation, as successor to
NAVTECH US CAPTAIN US SURVEYORS,
INC., a Florida Corporation; NAVTECH US
CAPTAIN US SURVEYORS LLC,
a Delaware Corporation, D/B/A "NAVTECH"

CASE NO.: 2:19-CV-00184-FtM-99MRM

Plaintiffs,

vs.

BOAT/U.S., INC. A/K/A "Boat America
Corporation", a foreign corporation,

Defendant.

_____/

**BOAT/U.S., INC.'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    A.    Navtech US Surveyors USSA Inc.

    B.    Navtech US Captain US Surveyors, Inc.

    C.    Navtech US Captain US Surveyors LLC

    D.    Virginia E. Harper

    E.    Jill Phaneuf Tuznik

    F.    Robert Phaneuf, counsel for Plaintiff

    G.    Boat/U.S., Inc.

    H.    Lori J. Caldwell, Douglas B. Brown, and Sally R. Culley, attorneys with Rumberger, Kirk & Caldwell, P.A., counsel for Defendant

    I.    Boat America Corporation

    J.    GEICO Marine Insurance Company

    K.    Boat Owners Association of the United States

    L.    Government Employees Insurance Company ("GEICO")

    M.    National Indemnity Company

    N.    Berkshire Hathaway Holding Company

2. The name of every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings:

    A.    None

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty (20) largest unsecured creditors) in bankruptcy cases:

    A.    None

4. The name of each victim (individual and corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    A.    Plaintiff, Navtech US Surveyors USSA Inc.

I certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

*/s/ Sally R. Culley*
LORI J. CALDWELL
Florida Bar No.: 0268674
E-mail: lcaldwell@rumberger.com
SALLY ROGERS CULLEY
Florida Bar No.: 0095060
E-mail: sculley@rumberger.com
RUMBERGER, KIRK, & CALDWELL, P.A.
300 South Orange Avenue, Suite 1400
Orlando, Florida 32801
Tel: 407.872.7300
Fax: 407.841.2133
Attorneys for Defendant, Boat/U.S,. Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 10, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Robert Phaneuf, Esq.** at rphaneuf@legalbrains.com.

*/s/ Sally R. Culley*
LORI J. CALDWELL
Florida Bar No.: 0268674
E-mail: lcaldwell@rumberger.com
SALLY ROGERS CULLEY
Florida Bar No.: 0095060
E-mail: sculley@rumberger.com
RUMBERGER, KIRK, & CALDWELL, P.A.
300 South Orange Avenue, Suite 1400
Orlando, Florida 32801
Tel: 407.872.7300
Fax: 407.841.2133
Attorneys for Defendant, Boat/U.S., Inc.