IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

NAVTECH US SURVEYORS USSA INC.,
a Florida Corporation, as successor to
NAVTECH US CAPTAIN US SURVEYORS,
INC., a Florida Corporation; NAVTECH US
CAPTAIN US SURVEYORS LLC,
a Delaware Corporation, D/B/A "NAVTECH"

CASE NO.: 2:19-CV-00184-FtM-99MRM

          Plaintiffs,

vs.

BOAT/U.S., INC. A/K/A "Boat America
Corporation", a foreign corporation,

          Defendant.

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

**X**    IS          related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*NAVTECH US SURVEYORS USSA INC., a Florida Corporation as successor to NAVTECH US CAPTAIN US SURVEYORS, INC., a Florida Corporation; NAVTECH US CAPTAIN US SURVEYORS, LLC, a Delaware corporation vs. BOAT/U.S., INC., a foreign corporation,* in and for Lee County, Florida, Case No. 2018-CA-001869 (instant case, which was originally removed on June 12, 2018, and most recently on March 25, 2019).

      *NAVTECH US SURVEYORS USSA INC., a Florida Corporation as successor to NAVTECH US CAPTAIN US SURVEYORS, INC., a Florida Corporation; NAVTECH US CAPTAIN US SURVEYORS, LLC, a Delaware corporation vs. BOAT/U.S., INC., a foreign corporation,* in and for the United States District Court, Middle District, Ft. Myers, Florida, Case No. 2:18-cv-416-FtM-99MRM (remanded on 7/31/18 per Court Order (Doc. #22).

 _____  IS NOT  related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

 I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen (14) days after appearance of the party.

Dated: April 10, 2019

      Respectfully submitted,

      */s/ Sally R. Culley*
      LORI J. CALDWELL
      Florida Bar No.:  0268674
      E-mail:  lcaldwell@rumberger.com
      SALLY ROGERS CULLEY
      Florida Bar No.:  0095060
      E-mail:  sculley@rumberger.com
      RUMBERGER, KIRK, & CALDWELL, P.A.
      300 South Orange Avenue, Suite 1400
      Orlando, Florida 32801
      Tel:  407.872.7300
      Fax: 407.841.2133
      Attorneys for Defendant, Boat/U.S., Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 10, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Robert Phaneuf, Esq.** at rphaneuf@legalbrains.com.

/s/ Sally R. Culley
LORI J. CALDWELL
Florida Bar No.: 0268674
E-mail: lcaldwell@rumberger.com
SALLY ROGERS CULLEY
Florida Bar No.: 0095060
E-mail: sculley@rumberger.com
RUMBERGER, KIRK, & CALDWELL, P.A.
300 South Orange Avenue, Suite 1400
Orlando, Florida 32801
Tel: 407.872.7300
Fax: 407.841.2133
Attorneys for Defendant, Boat/U.S., Inc.