UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NAVTECH US SURVEYORS USSA INC.
and NAVTECH US CAPTAIN US
SURVEYORS LLC, a Florida corporation,
as successor to Navtech US Captain US
Surveyors, Inc., a Florida corporation,

    Plaintiffs,

v.                                                                Case No.:   2:19-cv-184-FtM-99MRM

BOAT/US INC.,

    Defendant.
_____/

## ORDER

This matter comes before the Court upon review of the file.  On March 27, 2019, the Court ordered the parties to file their respective Notices of Pendency of Other Actions.  (Doc. 6).  The Notices were due to be filed no later than April 10, 2019.  (*Id.* at 1).  Plaintiff has failed to file the required Notice.  Accordingly, the Court hereby **ORDERS** that **no later than May 17, 2019**, Plaintiff shall file a Notice of Pendency of Other Actions.

**DONE AND ORDERED** in Fort Myers, Florida on May 10, 2019.

_____
MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Parties