UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NAVTECH US SURVEYORS USSA
INC. and NAVTECH US CAPTAIN US
SURVEYORS LLC, a Florida
corporation, as successor to Navtech
US Captain US Surveyors, Inc.

    Plaintiffs,

v.                                             Case No.: 2:19-cv-184-FtM-38MRM

BOAT/U.S. INC.,

    Defendant.
_____/

## **ORDER**[1]

On September 11, 2019, the Court entered an Opinion and Order dismissing all four counts of the Amended Complaint (Doc. 29) but Counts I and IV were dismissed without prejudice to filing a Second Amended Complaint by September 25, 2019. (Doc. 34). The deadline to file has expired and no Second Amended Complaint has been filed. In its Opinion and Order the Court informed Plaintiffs that failure to file a Second Amended Complaint would result in the closing of this case without further notice. (Doc. 34 at 7). Therefore, the Court will close the case.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is now

**ORDERED:**

The Clerk shall terminate all deadlines and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 26th day of September, 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record